Joseph Haywood BROWN,
Sr. Appellant,

v.

DIVISION FAMILY SERVICES; Jackson County Missouri; Noel Heinback; Lou Jackson; Julie Wallace; Virginia Parkinson; Karia Russell; Jay Jenson; Richard Matt; Christina Esteban; Diane Koehler; Virginia Fatseas; Catherine Spurrier; Carrie Hayward; Marion Ellis; Mindy Missner; Carrie Bray; Jennifer Merrill; Larry Jones; Susanne A. Block; Melissa McMasters, Appellees.

No. 03–1148.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 8, 2003.

1. The Honorable Fernando J. Gaitan, United States District Judge for the Western District

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Joseph H. Brown, Sr., appeals the district court's[1] judgment dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the record, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo standard of review), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47A(a).

A true copy.